NEW YORK TELEPHONE COMPANY v. JOSEPH OSTROFF and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MORRIS KELLER v. DEMETER PICK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CHARLES COGUT v. STERLING FILM CORPORATION and Others.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BERNARD SLOAN v. MASSACHUSETTS BONDING AND INSURANCE COMPANY. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GOLDBLATT & SCHAEFFLER, INC., v. ISIDOR S. SKUDOWITZ.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ABRAHAM FRANKLIN and Others v. JOHN C. UHRLAUB IMPORT COMPANY. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

J. G. AUTO TRUCKING CORPORATION v. COLE & DIXON, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

EITIGON-SCHILD COMPANY, INC., v. JESSIE FARQUHARSON and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MAX WEINSTEIN v. HOLBROOK, CABOT & ROLLINS CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

VIRGINIA T. HUDSON v. WORLD FILM CORPORATION.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

K. & R. FILM COMPANY, INC., v. WILLIAM A. BRADY.— Application granted upon plaintiff's filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MARY HERSHKOWITZ v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND. — Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ARTHUR COHN v. ISAAC GOLDGRABEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ROMOLO FANARA v. PIETRO FORTUNA and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS MANTIN.— Motion denied. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.